RECEIVED
SEP - 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10/18/07

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| DAVID READO | CIVIL ACTION NO. 07-1201 |
| VS. | SECTION P |
| WARDEN BURL CAIN | CHIEF JUDGE HAIK<br>MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition for writ of *habeas corpus* be **DISMISSED WITHOUT PREJUDICE** because it constitutes a second and successive *habeas corpus* petition within the meaning of 28 U.S.C. § 2244(b) filed without prior authorization of the United States Fifth Circuit Court of Appeals;

**IT IS FURTHER ORDERED** that petitioner's Motion for Relief from a Final Judgment under FRCP Rule 60 [rec. doc. 5] be **DISMISSED AS MOOT.**

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 18th day of October, 2007.

RICHARD T. HAIK, SR.
CHIEF JUDGE